Erin Darling, State Bar No. 259724
LAW OFFICES OF ERIN DARLING
Erin@ErinDarlingLaw.com
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff TAWNY GONZALEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWNY GONZALEZ, an individual, SANDRA ESCOBEDO, as Guardian ad Litem for J.L.G., a minor, and T.J.G., a minor<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, SANTA BARBARA COUNTY SHERIFF'S OFFICE, SANTA BARBARA COUNTY SHERRIF'S SERGEANT RICHARD SOTO, SANTA BARBARA COUNTY SHERRIF'S DEPUTY JOHN HEIL; SANTA BARBARA COUNTY SHERRIF'S DEPUTY MICHAEL REYNOSO, SANTA BARBARA COUNTY SHERRIF'S DEPUTY DAVID VANDERPOL, SANTA BARBARA COUNTY SHERRIF'S CUSTODY SERGEANT JEFFREY KOELLER, SANTA BARBARA COUNTY SHERRIF'S CUSTODY DEPUTY IAN UR, SANTA BARBARA COUNTY SHERRIF'S CUSTODY DEPUTY JOSE ALEJO, and DOES 1 TO 20,<br><br>Defendants. | Case No. Case No. 2:24-cv-1926<br><br>**DECLARATION OF TAWNY GONZALEZ PURSUANT TO SECTION 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE** |

I, Tawny Gonzalez, declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify to the truth of the facts stated herein.

1

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify to the truth of the facts stated herein.

2. I am the wife of Jamie Gonzalez ("the Decedent"), who died on December 28, 2022, in Santa Barbara County, California.

3. No proceeding is now pending in California for administration of the Decedent's estate. Further, no proceeding for admission of the Decedent's estate is pending in any other state court at this time.

4. I the declarant am the Decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and I succeed the Decedent's interest in the action or proceeding.

5. Except for Decedent's children, minors J.L.G. (DOB 5/31/2014) and T.J.G. (DOB 4/15/2015), who are also filing a Section 377.32 Declaration via their proposed Guardian ad Litem, their grandmother Sandra Escobedo, no other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

6. A true and correct certified copy of the decedent's death certificate is attached hereto as Exhibit A.

7. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on March  TG  8, 2024, in Santa Barbara County, California.

*[signature]*
_____
TAWNY GONZALEZ

1

# Exhibit A

# CERTIFICATE OF DEATH
**STATE OF CALIFORNIA**
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

**STATE FILE NUMBER:** 3052022305684
**LOCAL REGISTRATION NUMBER:** 3202242003559

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | JAMIE |
| 2. MIDDLE | ANGEL |
| 3. LAST (Family) | GONZALEZ |
| AKA, ALSO KNOWN AS | — |
| 4. DATE OF BIRTH mm/dd/ccyy | 08/06/1989 |
| 5. AGE Yrs. | 33 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | NO (X) |
| 12. MARITAL STATUS/SRDP* (at Time of Death) | MARRIED |
| 7. DATE OF DEATH mm/dd/ccyy | 12/28/2022 |
| 8. HOUR (24 Hours) | 1054 |
| 13. EDUCATION – Highest Level/Degree | HS GRADUATE |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | YES (X) MEXICAN |
| 16. DECEDENT'S RACE | MEXICAN AMERICAN |
| 17. USUAL OCCUPATION | LABORER |
| 18. KIND OF BUSINESS OR INDUSTRY | CONSTRUCTION |
| 19. YEARS IN OCCUPATION | 15 |
| 20. DECEDENT'S RESIDENCE | 715 MEEHAN STREET 203 |
| 21. CITY | SANTA MARIA |
| 22. COUNTY/PROVINCE | SANTA BARBARA |
| 23. ZIP CODE | 93454 |
| 24. YEARS IN COUNTY | 33 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | TAWNY TELA GONZALEZ, WIFE |
| 27. INFORMANT'S MAILING ADDRESS | 715 MEEHAN STREET 203, SANTA MARIA, CA 93454 |
| 28. NAME OF SURVIVING SPOUSE/SRDP* – FIRST | TAWNY |
| 29. MIDDLE | TELA |
| 30. LAST (BIRTH NAME) | FOSTER |
| 31. NAME OF FATHER/PARENT – FIRST | PEDRO |
| 32. MIDDLE | — |
| 33. LAST | GONZALEZ |
| 34. BIRTH STATE | TX |
| 35. NAME OF MOTHER/PARENT – FIRST | CLARA |
| 36. MIDDLE | — |
| 37. LAST (BIRTH NAME) | AGUIRRE |
| 38. BIRTH STATE | CA |
| 39. DISPOSITION DATE | 01/19/2023 |
| 40. PLACE OF FINAL DISPOSITION | SANTA MARIA CEMETERY, 1501 SOUTH COLLEGE DRIVE, SANTA MARIA, CA 93454 |
| 41. TYPE OF DISPOSITION(S) | BURIAL |
| 42. SIGNATURE OF EMBALMER | VANESSA E CRAMER |
| 43. LICENSE NUMBER | EMB9269 |
| 44. NAME OF FUNERAL ESTABLISHMENT | MAGNER-MALONEY FUNERAL HOME AND CREMATORY |
| 45. LICENSE NUMBER | FD270 |
| 46. SIGNATURE OF LOCAL REGISTRAR | HENNING ANSORG, MD |
| 47. DATE | 01/05/2023 |
| 101. PLACE OF DEATH | MARIAN REGIONAL MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | ER/OP (X) |
| 104. COUNTY | SANTA BARBARA |
| 105. FACILITY ADDRESS | 1400 E CHURCH ST |
| 106. CITY | SANTA MARIA |
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (A) | PENDING INVESTIGATION |
| 108. DEATH REPORTED TO CORONER? | YES (X) |
| Internal Number | 22-15101 |
| 109. BIOPSY PERFORMED? | NO (X) |
| 110. AUTOPSY PERFORMED? | YES (X) |
| 111. USED IN DETERMINING CAUSE? | YES (X) |
| 112. OTHER SIGNIFICANT CONDITIONS | — |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | UNK (X) |
| 119. MANNER OF DEATH | Pending Investigation (X) |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | WILLIAM T HENSLIN |
| 127. DATE | 01/04/2023 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | WILLIAM T HENSLIN, DEP CORONER |

1 OF 2

---

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF SANTA BARBARA } SS

DATE ISSUED: DEC 21 2023

*000492372*

JOSEPH E. HOLLAND
COUNTY CLERK, RECORDER and ASSESSOR
SANTA BARBARA, CALIFORNIA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the SANTA BARBARA COUNTY CLERK, RECORDER AND ASSESSOR.

This copy not valid unless prepared on engraved border displaying seal and signature of County Clerk, Recorder and Assessor.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# SANTA BARBARA COUNTY
## SANTA BARBARA, CALIFORNIA

### PHYSICIAN/CORONER'S AMENDMENT

NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052022305684
LOCAL REGISTRATION NUMBER: 3202242003559

1.1

☐ BIRTH   ☒ DEATH   ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I – INFORMATION TO LOCATE RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST | 2. SEX |
|---|---|---|---|
| JAMIE | ANGEL | GONZALEZ | M |

| 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|
| 12/28/2022 | SANTA MARIA | SANTA BARBARA |

## PART II – STATEMENT OF CORRECTIONS

| 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 107A | PENDING INVESTIGATION | METHAMPHETAMINE INTOXICATION |
| 107AT | - | HRS |
| 112 | - | DILATED CARDIOMYOPATHY, OBESITY, PHYSICAL RESTRAINT |
| 119 | PENDING INVESTIGATION | ACCIDENT |
| 120 | | N |
| 121 | | 12/28/2022 |
| 122 | | 1054 |
| 123 | | OTHER: COUNTY JAIL |
| 124 | | DECEDENT SUFFERED CARDIAC ARREST WHILE INSIDE OF A CELL AT THE COUNTY JAIL. AND FOUND TO HAVE METHAMPHETAMINE IN HIS SYSTEM |
| 125 | | 2301 BLACK ROAD, SANTA MARIA, CA 93454 |

### DECLARATION OF CERTIFYING PHYSICIAN OR CORONER

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| 9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER | 10. DATE SIGNED—MM/DD/CCYY | 11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER |
|---|---|---|
| ▶ WILLIAM T HENSLIN | 02/22/2023 | WILLIAM T HENSLIN, DEP CORONER |

| 12. ADDRESS—STREET and NUMBER | 13. CITY | 14. STATE | 15. ZIP CODE |
|---|---|---|---|
| 4434 CALLE REAL | SANTA BARBARA | CA | 93110-1002 |

### STATE/LOCAL REGISTRAR USE ONLY

| 16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 17. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY |
|---|---|
| ▶ CDPH-VR | 02/22/2023 |

FORM VS 24Ae (REV. 1/08)

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

---

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF SANTA BARBARA } SS

DATE ISSUED: DEC 21 2023



*000492373*

JOSEPH E. HOLLAND
COUNTY CLERK, RECORDER and ASSESSOR
SANTA BARBARA, CALIFORNIA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the SANTA BARBARA COUNTY CLERK, RECORDER and ASSESSOR.

2 OF 2