Erin Darling, State Bar No. 259724
Erin@ErinDarlingLaw.com
LAW OFFICES OF ERIN DARLING
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAWNY GONZALEZ, an individual, SANDRA ESCOBEDO, as Guardian ad Litem for J.L.G., a minor, and T.J.G., a minor<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, SANTA BARBARA COUNTY SHERIFF'S OFFICE, SANTA BARBARA COUNTY SHERRIF'S SERGEANT RICHARD SOTO, SANTA BARBARA COUNTY SHERRIF'S DEPUTY JOHN HEIL; SANTA BARBARA COUNTY SHERRIF'S DEPUTY MICHAEL REYNOSO, SANTA BARBARA COUNTY SHERRIF'S DEPUTY DAVID VANDERPOL, SANTA BARBARA COUNTY SHERRIF'S CUSTODY SERGEANT JEFFREY KOELLER, SANTA BARBARA COUNTY SHERRIF'S CUSTODY DEPUTY IAN UR, SANTA BARBARA COUNTY SHERRIF'S CUSTODY DEPUTY JOSE ALEJO, and DOES 1 TO 20,<br><br>Defendants. | 2:24-cv-1926-AB<br><br>**STIPULATION TO AMEND COMPLAINT** |

IT IS HEREBY STIPULATED, by Plaintiffs J.L.G., a minor, and T.J.G., a minor, through their Guardian ad Litem Sandra Escobedo, and Tawny Gonzalez, and Defendants County of Santa Barbara, the Santa Barbra County Sheriff's Department, Santa Barbara County Sheriff's Sergeant Richard Soto; defendant Santa Barbara County

Sheriff's Deputy John Heil; defendant Santa Barbara County Sheriff's Deputy Michael Reynoso; defendant Santa Barbara County Sheriff's Deputy David Vanderpol; defendant Santa Barbara County Sheriff's Custody Sergeant Jeffrey Koeller; defendant Santa Barbara County Sheriff's Custody Deputy Ian Ur; defendant Santa Barbara County Sheriff's Deputy Jose Alejo (collectively "Defendants") hereby stipulate that leave be granted for Plaintiffs to amend their complaint to add the Estate of Jaime Angel Gonzalez as a Plaintiff.

The parties stipulate that Defendants may file a new motion to dismiss and will request the current hearing date for the pending motion to dismiss, set for November 8, 2024. *See* Dkt. No. 43.

Attached as Exhibit A is a redlined version of the proposed First Amended Complaint, which names "Estate" as a plaintiff. Attached as Exhibit B is a non-redlined version of the proposed First Amended complaint.

Respectfully submitted,

LAW OFFICES OF ERIN DARLING

DATED: October 10, 2024

By: /s/ Erin Darling
Erin Darling
Attorney for Plaintiffs

DATED: October 10, 2024

MORDAUNT, ROUNDY, REIHL & JIMERSON

By: */s Lori Reihl*
Lori A. Reihl, Esq.
Attorneys for Defendants
COUNTY OF SANTA BARBARA,
SANTA BARBARA COUNTY
SHERIFF'S OFFICE, SERGEANT
RICHARD SOTO, DEPUTY JOHN

HEIL; DEPUTY MICHAEL REYNOSO, DEPUTY DAVID VANDERPOL, SERGEANT JEFFREY KOELLER, DEPUTY IAN UR, and DEPUTY JOSE ALEJO